**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 13-cv-01241-CMA-KMT

MICHAEL K. SWEIG,

      Plaintiff,

v.

ERIKA LINDEN GREEN, and
RAY DOEKSEN,

      Defendants.

---

**ORDER FOR ADMINISTRATIVE CLOSURE**

---

      This matter is before the Court on Plaintiff's Motion to Stay Proceedings Pending Resolution of the Colorado Bankruptcy Case (Doc. # 21).  The Court, having reviewed the file, finds that rather than leaving this case open for an indefinite period pending the conclusion of a related Colorado bankruptcy case, this case should be administratively closed, with leave to be reopened for good cause shown.  Accordingly, it is

      ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2.  It is

      FURTHER ORDERED that within 14 days of the conclusion of the related Colorado Bankruptcy Case No. 11-38035-EEB, Plaintiff shall submit a status report informing the Court of the outcome of the bankruptcy court proceeding.  It is

FURTHER ORDERED that Defendants' Motions for Change of Venue (Doc. ## 22 and 23) are DENIED AS MOOT.

DATED:  July __09__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge